KENNETH G. PARKER (SBN 182911)
    kparker@tlpfirm.com
ROBERT G. LOEWY (SBN 179868)
    rloewy@tlpfirm.com
TEUTON, LOEWY & PARKER LLP
3121 Michelson Drive, Suite 250
Irvine, California 92612
Telephone: (949) 442-7100
Facsimile: (949) 442-7105

Attorneys for DEFENDANTS
JAMES SHUTE AND PATRICIA SHUTE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| TIM BELCZAK, et al., | **Case No. SACV 09-305 AG (ANx)** |
|---|---|
| Plaintiffs, | Assigned to:<br>Judge Andrew J. Guilford<br>Courtroom 10-D |
| vs. | |
| JAMES SHUTE, et al., | **JUDGMENT IN FAVOR OF DEFENDANTS PATRICIA SHUTE AND JAMES SHUTE** |
| Defendants. | |

JUDGMENT

1  WHEREAS, defendants James Shute and Patricia Shute (the "Shutes")
2  filed a motion for judgment on the pleadings pursuant to Rule 12(c), Fed. R. Civ.
3  P.;
4  WHEREAS, this Court granted the motion without leave to amend; and
5  WHEREAS, in view of the foregoing there are no further matters that
6  require adjudication by the Court;
7  THEREFORE, IT IS HERBY ORDERED, ADJUDGED AND
8  DECREED that Judgment is hereby entered in favor of the Shutes and against
9  plaintiffs Tim Belczak, Joe and David Shaheen, Jerry Sandler, Jerry Kronquist,
10 Jim Doyle, Jeff Miller and Frank Kirby;
11  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that,
12 pursuant to Local Rule 54-2.2, the Shutes are the prevailing parties.  The Shutes
13 (or either of them) shall file a separate Bill of Costs within fifteen (15) days after
14 entry of this Judgment in accordance with the Local Rules.

Dated: November 10, 2009

_____
United States District Judge
Andrew J. Guilford

1

JUDGMENT